| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | |
| 5 | RYAN A. REZAEI (CABN 285133)<br>Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | Ryan.Rezaei@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-00367-CRB |
| Plaintiff, | ) ) | NOTICE OF REMOVAL OF COUNSEL |
| v. | ) ) | |
| EDUARDO ALFONSO VIERA-CHIRINOS ET AL., | ) ) ) | |
| Defendant. | ) | |

The United States Attorney's Office hereby files this Notice of Removal of Counsel to advise the Court that Assistant United States Attorney Ryan A. Rezaei is no longer assigned to this matter. Please remove Assistant United States Attorney Ryan A. Rezaei from the attorneys to be noticed in this case.

DATED: November 16, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/S/_____
RYAN A. REZAEI
Assistant United States Attorney